UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

BRANDON HENDERSON,

    Defendant.

Case No. MJ11-526

**DETENTION ORDER**

Defendant is charged as a Felon in Possession of a Firearm. On November 1, 2011, the Court conducted a Detention Hearing pursuant to Title 18 U.S.C. § 3142(f). Based on the factual findings and statement of reasons for detention below, the Court finds no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has a lengthy history including convictions for crimes of violence, drugs and possessing firearms. The present charges allegedly occurred while he was on active supervision of the Washington Department of Corrections. Additionally, while he was on supervision, he was charged in a separate criminal matter in the state courts. That matter is still pending. The government proffered that while defendant was in the custody, he made calls in an attempt to

influence witnesses in this case.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of November, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge